UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Felix De Los Santos-Hernandez, | File No. 24-cv-3861 (ECT/ECW) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Jared Rardin, | |
| Defendant. | |

Magistrate Judge Elizabeth Cowan Wright issued a Report and Recommendation on April 30, 2025. ECF No. 16. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 16] is **ACCEPTED**.

2. Petitioner Felix De Los Santos-Hernandez's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 [ECF No. 1] is **DENIED**.

3. Petitioner Felix De Los Santos-Hernandez's request for an evidentiary hearing is **DENIED**.

4. This matter is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 2, 2025

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court